## FASS *v.* NEW JERSEY.

No. 824.   Decided May 28, 1962.

*Joseph L. Freiman* for appellant.

*Arthur J. Sills,* Attorney General of New Jersey, *Theodore I. Botter,* Assistant Attorney General, and *Herman D. Ringle* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS dissents.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.